```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**URBAN DEVELOPERS, LLC**                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:03cv181–WHB**

**CITY OF JACKSON, MISSISSIPPI;**
**HARVEY JOHNSON, JR., in his Official**
**and Individual Capacities;**
**MISSISSIPPI REGIONAL HOUSING AUTHORITY VI;**
**JOHN MURPHY, in his Official**
**and Individual Capacities; and**
**SHARON WILSON, in her Official**
**and Individual Capacities**                                **DEFENDANTS**


## THIRD AMENDED FINAL JUDGMENT

In accordance with the jury verdict and the October 24, 2006, Opinion and Order of the United States Court of Appeals for the Fifth Circuit:

Defendants Mississippi Regional Housing Authority, VI, Wilson, and Murphy are granted Judgment as a Matter of Law on Plaintiff's breach of contract claim, the federal and state due process claims relating to Plaintiff's alleged property interest in the HAP and Annual Contribution contracts, the Mississippi law takings claim, and the negligence claim.  These claims are hereby dismissed with prejudice.

Plaintiff's other claims, including the claims alleging deprivation of property without procedural due process and taking of property without compensation under both the United States Constitution and the Mississippi Constitution against the City of

Jackson, Mississippi; and the claim alleging taking of property without compensation under the United States Constitution against Mississippi Regional Housing Authority, VI, Wilson, and Murphy have been dismissed, without prejudice, as unripe.

Judgment is entered in favor of Defendant Harvey Johnson, Jr., in his individual capacity, and the claims against him in that capacity are dismissed with prejudice.

SO ORDERED this the 27th day of November, 2006.

>                          s/ William H. Barbour, Jr.
>                          UNITED STATES DISTRICT JUDGE